IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK STARR, | ) | 4:17CV3012 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| XPO LOGISTICS FREIGHT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (filing no. 35) is granted. Plaintiff shall have until March 12, 2018, to respond to Defendant's motion for summary judgment (filing no. 32).

DATED this 9th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge