# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK STARR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>　　　　Defendant. | 4:17CV3012<br><br>**ORDER** |

This matter is before the Court on Defendant's Unopposed Motion to Continue Pretrial Conference ([Filing No. 37](#)). After email consultation with counsel,

**IT IS ORDERED:** Defendant's Unopposed Motion to Continue Pretrial Conference ([Filing No. 37](#)) is granted. The Final Pretrial Conference with the undersigned magistrate judge is rescheduled for **May 7, 2018, 10:00 a.m.** in my chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

Dated this 16th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge